◆AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Vigilant Insurance Company
a/s/o John and Barbara Ferraro

v.

Premier Builders, Inc.
and
Milne Plumbing and Heating, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 11065 RWZ

TO: (Name and address of Defendant)

Milne Plumbing and Heating, Inc.
7A Beaver Dam Road
Manchester, MA 01944

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICE OF
PATRICK J. LOFTUS, III
9 PARK STREET, SUITE 500
BOSTON, MA 02108
(617) 723-7770

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE      MAY 2 0 2005

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5-27-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Russell Castagna | Constable |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: Accepted by Ms Cheryl Cooney Office Manager 7A Beaver Dam Rd. Manchester, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $50.00 | $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-27-05
         Date

Signature of Server

77 L St. Boston, MA 02127
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.