# UNITED STATES DISTRICT COURT
# FOR THE COMMONWEALTH OF MASSACHUSETTS

CIVIL ACTION NO. 05CV-11065-RWZ

VIGILANT INSURANCE COMPANY, as subrogee of JOHN AND BARBARA FERRARO,
    Plaintiff,

v.

PREMIER BUILDERS, INC. AND MILNE PLUMBING AND HEATING, INC.
    Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Please enter my appearance as counsel for the Defendant, Milne Plumbing and Heating, Inc., regarding the above-referenced matter.

    DEFENDANT,
    MILNE PLUMBING AND HEATING, INC.
    By its attorney,

    /s/  Kathleen C. Tulloh Brink
    Kathleen C. Tulloh Brink
    Mintz, Levin, Cohn, Ferris,
     Glovsky and Popeo, P.C.
    One Financial Center
    Boston, Massachusetts  02111
    (617) 542-6000

Dated: June 15, 2005

LIT 1526180v1