UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05 11065 RWZ

VIGILANT INSURANCE COMPANY, as            )
subrogee of JOHN and BARBARA FERRARO )
15 Mountainview Road                               )
Warren, New Jersey 07061,       Plaintiff    )
                                                              )
VS.                                                          )
                                                              )
PREMIER BUILDERS, INC.                        )
113 Jewett Street                                      )
Georgetown, Massachusetts 01833          )
               and                                           )
MILNE PLUMBING AND HEATING, INC.     )
7A Beaver Dam Road                               )
Manchester, Massachusetts 01944         )
                                  Defendants   )

### ANSWER AND CLAIM OF TRIAL BY JURY OF THE DEFENDANT, PREMIER BUILDERS, INC.

Now comes the defendant, Premier Builders, Inc., in the above entitled action and answers Plaintiff's Complaint as follows:

1. The defendant has insufficient information to either admit or deny the allegations contained in Paragraph 1 and calls upon the plaintiff for proof of same.

2. The defendant admits the allegations contained in Paragraph 2.

3. The defendant has insufficient information to either admit or deny the allegations contained in Paragraph 3 and calls upon the plaintiff for proof of same.

4. The defendant has insufficient information to either admit or deny the allegations contained in Paragraph 4 and calls upon the plaintiff for proof of same.

### JURISDICTION

5. The defendant denies the allegations contained in Paragraph 5.

6. The defendant denies the allegations contained in Paragraph 6.

7. The defendant admits the allegations contained in Paragraph 7.

8. The defendant has insufficient information to either admit or deny the allegations contained in Paragraph 8 and calls upon the plaintiff for proof of same.

9. The defendant denies the allegations contained in Paragraph 9.

10. The defendant denies the allegations contained in Paragraph 10.

11. The defendant has insufficient information to either admit or deny the allegations contained in Paragraph 11 and calls upon the plaintiff for proof of same.

12. The defendant admits the allegations contained in Paragraph 12.

13. The defendant has insufficient information to either admit or deny the allegations contained in Paragraph 13 and calls upon the plaintiff for proof of same.

14. The defendant has insufficient information to either admit or deny the allegations contained in Paragraph 14 and calls upon the plaintiff for proof of same.

15. The defendant has insufficient information to either admit or deny the allegations contained in Paragraph 15 and calls upon the plaintiff for proof of same.

16. The defendant has insufficient information to either admit or deny the allegations contained in Paragraph 16 and calls upon the plaintiff for proof of same.

## COUNT I

17. The defendant, Premier Builders, Inc., incorporates by reference its answers to the allegations set forth in Paragraphs 1 through 16 of the Plaintiff's Complaint as if specifically recited herein.

18. The defendant denies the allegations contained in Paragraph 18.

    (a) The defendant denies the allegations contained in Paragraph (a);
    (b) The defendant denies the allegations contained in Paragraph (b);
    (c) The defendant denies the allegations contained in Paragraph (c);
    (d) The defendant denies the allegations contained in Paragraph (d);

(e) The defendant denies the allegations contained in Paragraph (e);

(f) The defendant denies the allegations contained in Paragraph (f);
(g) The defendant denies the allegations contained in Paragraph (g);
(h) The defendant denies the allegations contained in Paragraph (h);
(i) The defendant denies the allegations contained in Paragraph (i);

## COUNT II

19. The defendant, Premier Builders, Inc., incorporates by reference its answers to the allegations set forth in Paragraphs 1 through 18 of the Plaintiff's Complaint as if specifically recited herein.

20. The defendant denies the allegations contained in Paragraph 20.

21. The defendant denies the allegations contained in Paragraph 21.

22. The defendant denies the allegations contained in Paragraph 22.

## FIRST AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant says that if the plaintiff's subrogors suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct the defendant was not and is not legally responsible.

## SECOND AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant says that the negligence of the plaintiff's subrogors was greater than the alleged negligence of the defendant and that such negligence of the plaintiff's subrogors contributed to their alleged injury and, therefore, the plaintiff is barred from recovery under M.G.L. Chapter 231 Section 85.

## THIRD AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant says that the plaintiff's subrogors were guilty of contributory negligence and that the damages, if any, recovered by the plaintiff from the defendant should be reduced in proportion to the said negligence of the plaintiff's subrogors in accordance with M.G.L. Chapter 231 Section 85.

## FOURTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant says that the action is barred by the applicable statute of limitations.

## FIFTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant denies it was negligent in any manner.

## SIXTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant says that the plaintiff released the defendant and, therefore, the plaintiff cannot recover.

## SEVENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant says that it has no liability to the plaintiff for the reason that the warranty which the plaintiff alleges was breached was excluded by the defendant and never made expressly or impliedly to the plaintiff.

## EIGHTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant says that it did not consent in any way or manner to any assignment of rights under the contract and, therefore the plaintiff is barred from recovery.

## NINTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant says that the plaintiff has failed to commence the within named action within the time afforded under the pertinent statutes of the Commonwealth or the pertinent provisions of the policy of insurance alleged in the plaintiff's complaint and, therefore, the plaintiff cannot maintain this action.

## TENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant says that process was and is insufficient and the complaint should be dismissed.

## ELEVENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant says that service of process was and is insufficient and the complaint should be dismissed.

## TWELFTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant denies it breached any express or implied warranties.

## THIRTEENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant says that if it were liable, negligent or in breach of warranty, all of which it expressly denies, the defendant's liability in any or all of those events has been terminated by the intervening acts, omissions or negligence of others over whom the defendant has neither control nor the right of control and for whose conduct the defendant is not legally responsible.

## FOURTEENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant says that the plaintiff has no right to file the present lawsuit, as the plaintiff's rights flow directly from its subrogors, John and Barbara Ferraro, who by contract with the defendant, agreed that all disputes between them would be decided by arbitration.

**THE DEFENDANT, PREMIER BUILDERS, INC., HEREBY CLAIMS A TRIAL BY JURY ON ALL ISSUES TRIABLE AS OF RIGHT BY JURY.**

_____
Michael E. Okolita, Esquire
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424
(508) 798-0717
BBO: 378255
Dated: June 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify under the pains and penalties of perjury that I have on this day served a copy of the foregoing:

**Answer and Claim of Trial by Jury of the Defendant, Premier Builders, Inc.**

by mailing a copy of same postage prepaid to:

Patrick J. Loftus, III, Esquire
9 Park Street; 5th Floor
Boston, MA  02108
**Attorney for the Plaintiff**

Milne Plumbing and Heating, Inc.
7A Beaver Dam Road
Manchester, MA  01944
**Co-Defendant**

_____
Michael E. Okolita, Esquire

Dated:  June 27, 2005