## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VIGILANT INSURANCE COMPANY, as subrogee of JOHN AND BARBARA FERRARO | : | CIVIL ACTION NO. 05-CV-11065 |
| Plaintiff, | : : | |
| | : | |
| v. | : : | |
| | : | JURY TRIAL DEMANDED |
| PREMIER BUILDERS, INC. and MILNE PLUMBING AND HEATING, INC. | :: : : | |
| | : | G FEE PAID: |
| Defendants. | :: | RECEIPT # _____ |

AMOUNT $ _____

BY DPTY CLK

## MOTION FOR ADMISSION *PRO HAC VICE*

Patrick J. Loftus, III, a member of the Massachusetts bar, hereby moves the Court pursuant to Local Rule 83.5.3(b) for the Admission *Pro Hac Vice* of Attorney William N. Clark, Jr. of the law firm of Cozen O'Connor, 1900 Market Street, Philadelphia, Pennsylvania and in support thereof, being duly sworn, deposes and says:

1.    Movant attaches the Affidavit of William N. Clark, Jr. identifying every Court of which he is a member of the Bar and certifying that neither he nor any member of his firm is under suspension or disbarment by any Court.

2.    Movant has agreed to serve as local counsel and associate counsel herein.

3.    In his Affidavit, William N. Clark, Jr. agrees to comply with the Rules of Professional Conduct as set forth in the Massachusetts Federal Rules of Civil Procedure and agrees to become subject to discipline by the Federal and State Courts of the District of Massachusetts.

WHEREFORE, it is respectfully requested that the Court grant an Order allowing the Admission Pro Hac Vice of William N. Clark, Jr., Esquire to the United States District Court for the District of Massachusetts to practice with respect to the above entitled action.

Respectfully submitted this _12th_ day of _July_, 2005.

LAW OFFICES OF PATRICK LOFTUS

PATRICK J. LOFTUS, III, ESQUIRE
BBO: 303320
9 Park Street - 5th Floor
Boston, MA 02108
(617) 723-7770

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VIGILANT INSURANCE COMPANY, as subrogee of JOHN AND BARBARA FERRARO<br><br>Plaintiff,<br><br>v.<br><br>PREMIER BUILDERS, INC. and MILNE PLUMBING AND HEATING, INC.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>::<br>:<br>:<br>:: | CIVIL ACTION NO. 05-CV-11065<br><br><br><u>JURY TRIAL DEMANDED</u> |

## PETITION OF WILLIAM N. CLARK, JR. IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

COMMONWEALTH OF PA.:
                :      SS
PHILADELPHIA COUNTY :

       WILLIAM N. CLARK, JR., first being duly sworn, deposes and says:

       1.     I am a resident of the State of New Jersey and I am an attorney with the law firm of Cozen O'Connor, The Atrium, 1900 Market Street, Philadelphia, Pennsylvania.

       2.     I am an attorney at law, duly licensed and practicing as such since my admission to the Commonwealth of Pennsylvania, Supreme Court on December 8, 1993.

       I was admitted to the bar of the United States District Court for the Eastern District of Pennsylvania on January, 1994.

       3.     No disciplinary proceedings or criminal charges ever have been instituted against me in the Commonwealth of Pennsylvania or in any other state.

       4.     My client has specifically have requested that I represent its interests in this matter.

5.     The nature of this action involves complex legal and factual issues in a specialized field of law with which I am completely familiar since I have handled many of these types of cases in the past and have developed an expertise in these matters.

6.     If the Court shall allow my motion for admission in the above-captioned matter, I will continue to represent my client in this proceeding until the final determination thereof, and with reference to all matters, incidents or proceedings. I agree that I shall be subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court and the Massachusetts bar in all respects as if I were regularly admitted and a licensed member of the bar of the District of Massachusetts in good standing.

7.     The Commonwealth of Pennsylvania grants the privilege of admission as visiting attorneys to members of the bar of Massachusetts in good standing.

8.     I am associated and have personally appearing with me in these proceedings, Patrick J. Loftus, III, an attorney who is duly and legally admitted to practice in the District of Massachusetts and this Court and upon whom service may be had in all matters connected with the above-captioned cause, to any disciplinary matter arising out of the same, with the same effect as if personally made on me within the Commonwealth of Pennsylvania.

9.     I certify that all of the foregoing statements made by me are true I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

10.     I am familiar with the Local Rules of Practice for the United States District Court for the District of Massachusetts.

William N. Clark, Jr., Esquire

Subscribed and sworn to
Before me this 7th day of July, 2005

Notary Public

NOTARIAL SEAL
DIANE M. MELLON, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 3, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VIGILANT INSURANCE COMPANY, as subrogee of JOHN AND BARBARA FERRARO<br>15 Mountainview Road<br>Warren, New Jersey 07061,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER BUILDERS, INC.<br>113 Jewett Street<br>Georgetown, Massachusetts 01833<br><br>and<br><br>MILNE PLUMBING AND HEATING, INC.<br>7A Beaver Dam Road<br>Manchester, Massachusetts 01944<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO. 05 - 11065 |

## AFFIDAVIT OF PATRICK J. LOFTUS, III

Patrick J. Loftus, III, Jr., Esquire, being duly sworn, deposes and says as follows:

1.    I am an attorney duly licensed to practice law in the State of Massachusetts, and an attorney for the Plaintiff, Vigilant Insurance Company, in the above-entitled action.

2.    I am fully familiar with the facts and circumstances as hereinafter set forth, and make this Affidavit in support of the Plaintiff's motion to have William N. Clark, Jr., Esquire admitted of counsel, *Pro Hac Vice*, with respect to the above-entitled action.

3.    The affiant has been acting as local counsel with respect to this matter, and respectfully requests that the Court William N. Clark, Jr., Esquire to be admitted *Pro Hac Vice* for purposes of serving as counsel for Plaintiff,                           .

4.    The affiant has known Mr. Clark, Esquire to be an excellent attorney who has a great deal of experience with respect to the issues being presented in the present lawsuit and is a

member in good standing of the Bar of the Commonwealth of Pennsylvania. Pennsylvania is a state which allows similar admission privileges to attorneys in good standing in Massachusetts.

5.    The affiant respectfully submits to the Court that Mr. Clark is not only an excellent attorney, but is a person of unimpeachable character who would do justice to both his client and the Bar. The Court is respectfully referred to the attached Affidavit regarding Mr. Clark's qualifications with the respect to the subject claims.

6.    The affiant respectfully requests that William N. Clark, Jr., Esquire be admitted *Pro Hac Vice* in the above-entitled action to serve as counsel with respect to the subject claims.

WHEREFORE, Patrick J. Loftus, III, Esquire respectfully requests that the Court grant an Order allowing the admission, *Pro Hac Vice*, of William N. Clark, Jr., Esquire to the United States District Court for the District of Massachusetts and to practice with respect to the above-captioned action, together with such other and further relief as the Court may deem just and proper.

BY: _____

PATRICK J. LOFTUS, III ESQUIRE
BBO# 303316
9 Park Street, Suite 300
Boston, MA 02108
(617) 723-7770
ATTORNEY FOR PLAINTIFF

Sworn to before me on this

day of                    , 2005.

_____
Notary Public
1/16/2009

## CERTIFICATE OF SERVICE

I, Patrick J. Loftus, III, hereby certify that a copy of the foregoing Plaintiff's Notice of

Motion for Admission Pro Hac Vice has been served upon counsel this  /7  day of

_____ July , 2005, by First Class Mail, postage pre-paid as follows:

Kathleen C. Tulloh Brink, Esquire
Mintz, Levin, Cohn, Ferris
Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111

Michael E. Okolita, Esquire
Donald F. Feener & Associates
120 Front Street, Ste. 310
Worcester, MA  01608-1424

PATRICK J. LOFTUS, III

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VIGILANT INSURANCE COMPANY, as subrogee of JOHN AND BARBARA FERRARO<br><br>Plaintiff,<br><br>v.<br><br>PREMIER BUILDERS, INC. and MILNE PLUMBING AND HEATING, INC.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>::<br>:<br>:<br>:: | CIVIL ACTION NO. 05-CV-11065<br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Motion for Admission to Practice

of William N. Clark, Jr., Esquire, the undersigned will move this Court for an Order pursuant to

Local Rule 83.5.3(b) granting the *Pro Hac Vice* Admission of William N. Clark, Jr., Esquire to

practice in the United States District Court for the District of Massachusetts for the particular

case of *Vigilant Insurance Company, as subrogee of John and Barbara Ferraro v. Premier*

*Builders, Inc. and Milne Plumbing and Heating, Inc.,* Case No. 05-CV-11065.

LAW OFFICES OF PATRICK LOFTUS

PATRICK LOFTUS, III, ESQUIRE
BBO: 303310
9 Park Street - 5th Floor
Boston, MA 02108
(617) 723-7770

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VIGILANT INSURANCE COMPANY, as subrogee of JOHN AND BARBARA FERRARO<br><br>Plaintiff,<br><br>v.<br><br>PREMIER BUILDERS, INC. and MILNE PLUMBING AND HEATING, INC.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>::<br>:<br>:<br>:: | CIVIL ACTION NO. 05-CV-11065<br><br><br><br>JURY TRIAL DEMANDED |

## **ORDER**

Upon fulfilling the requirements set forth in Local Rule 83.5.3(b) of the District of

Massachusetts, William N. Clark, Jr., is hereby accepted for *Pro Hac Vice* Admission to practice

in the United States District Court for the District of Massachusetts for the particular case of

*Vigilant Insurance Company, as subrogee of John and Barbara Ferraro v. Premier Builders,*

*Inc. and Milne Plumbing and Heating, Inc.,* Case No. 05-CV-11065.


IT IS SO ORDERED

Dated: _____, 2005.


_____
                                                                                J.