IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VIGILANT INSURANCE COMPANY, as subrogee of JOHN AND BARBARA FERRARO<br><br>Plaintiff,<br><br>v.<br><br>PREMIER BUILDERS, INC. and MILNE PLUMBING AND HEATING, INC.<br><br>Defendants. | CIVIL ACTION NO. 05-CV-11065<br><br><br><br><u>JURY TRIAL DEMANDED</u> |

### PLAINTIFF'S INITIAL DISCLOSURES

I. <u>Persons With Discoverable Information</u>

John Ferraro
136A Hespecar Lane,
Gloucester, Massachusetts

Barbara Ferraro
136A Hespecar Lane
Gloucester, Massachusetts

James Tagliente
Chubb Group of Insurance Companies
One Financial Center
Boston, MA 02111

Paul Preston
Premier Builders, Inc.
113 Jewett Street
Georgetown, MA 01833

Kent Kumph
Premier Builders – Project Manager
113 Jewett Street
Georgetown, MA 01833

Jay Lester MacLaughlin
365 Ferry Street
Everett, MA 02149

Representatives of Milne Plumbing

II.  Description of Discoverable Documents

   1. Chubb claim file

   2. MacLaughlin Photographs

   3. Massachusetts Building Code

   4. Ruptured pipe (in possession of Premier)

III. Insurance

   No applicable to plaintiff.

_____
PATRICK J. LOFTUS, III, ESQUIRE
9 Park Street, # 500
Boston, MA 02108
617.723.7770
Counsel for Plaintiff

Dated: July 25 2005

## CERTIFICATE OF SERVICE

PATRICK J. LOFTUS, III, ESQUIRE, attorney for plaintiff, hereby certifies that a true and correct copy of the Plaintiff's Initial Disclosures was served this 25 day of July, 2005, via regular mail, addressed as follows:

Michael Okalita, Esquire
Law Offices of Donald P. Feener & Associates
120 Front Street – Suite 310
Worchester, MA  01608-1424

Kathleen C. Tulloh-Brink, Esquire
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111

_____
PATRICK J. LOFTUS, III, ESQUIRE

PHILA1\2311837\1 160926.000