UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

CIVIL ACTION NO. 05CV-11065-RWZ

VIGILANT INSURANCE COMPANY, as subrogee of JOHN AND BARBARA FERRARO,
    Plaintiff,

v.

PREMIER BUILDERS, INC. AND MILNE PLUMBING AND HEATING, INC.
    Defendants.

### NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE COURT:

Effective September 12, 2005, my new office location will be as follows:

> Kathleen C. Tulloh Brink, Esquire
> Lynch & Lynch
> 45 Bristol Drive
> South Easton, MA 02375

DEFENDANT,
MILNE PLUMBING AND HEATING, INC.

By its attorney,

_____
Kathleen C. Tulloh Brink
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Dated: 9-8, 2005

*I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 9-8-05.*

LIT 1535864v1