UNITED STATES DISTRICT COURT
DISTRICT COURT MASSACHUSETTS

CIVIL ACTION NUMBER: 2005 CV 11065 RWZ

| | |
|---|---|
| VIGILANT INSURANCE COMPANY, | ) |
| as subrogee of | ) |
| JOHN AND BARBARA FERRARO, | ) |
|  | ) |
| Plaintiff | ) |
|  | ) |
| vs. | ) |
|  | ) |
| PREMIER BUILDERS, INC. and | ) |
| MILNE PLUMBING AND HEATING, INC., | ) |
|  | ) |
| Defendant | ) |

NOTICE OF OF APPEARANCE

To the Clerk of the above named court:

Kindly enter our appearance as to the defendant, Milne Plumbing & Heating, Inc.

/s/ Francis J. Lynch, III
_____
Francis J. Lynch, III, BBO 308 740
John F. Gleavy, BBO 636 888
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500


/s/ John F. Gleavy
_____
Francis J. Lynch, III, BBO 308 740
John F. Gleavy, BBO 636 888
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500