UNITED STATES DISTRICT COURT
DISTRICT COURT MASSACHUSETTS

CIVIL ACTION NUMBER: 2005 CV 11065 RWZ

| | |
|---|---|
| VIGILANT INSURANCE COMPANY, <br> as subrogee of <br> JOHN AND BARBARA FERRARO, <br><br> Plaintiff <br><br> vs. <br><br> PREMIER BUILDERS, INC. and <br> MILNE PLUMBING AND HEATING, INC., <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF OF WITHDRAWAL OF APPEARANCE

To the Clerk of the above named court:

Kindly enter our appearance as to the defendant, Milne Plumbing & Heating, Inc.


/s/
_____
Kathleen C. Tulloh Brink
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500

L87 0427687.docu