UNITED STATES DISTRICT COURT
DISTRICT COURT MASSACHUSETTS

CIVIL ACTION NUMBER:  2005 CV 11065 RWZ

| | |
|---|---|
| VIGILANT INSURANCE COMPANY,<br>as subrogee of<br>JOHN AND BARBARA FERRARO,<br><br>      Plaintiff<br><br>vs.<br><br>PREMIER BUILDERS, INC. and<br>MILNE PLUMBING AND HEATING, INC.,<br><br>      Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ANSWER OF MILNE PLUMBING AND HEATING, INC.
TO THE CROSSCLAIM OF SIEMASKO AND VERBRIDGE, INC.

## COUNT I

1. The defendant in cross claim, Milne Plumbing and Heating, Inc. admits this allegation.

2. The defendant in cross claim, Milne Plumbing and Heating, Inc. admits this allegation.

3. The defendant in cross claim, Milne Plumbing and Heating, Inc. admits this allegation.

4. As this allegation is not directed to the defendant in cross claim, Milne Plumbing and Heating, Inc., no response is required.

## COUNT II

5. The defendant in cross claim restates and re-alleges paragraphs 1 through 4.

6. As this allegation is not directed to the defendant in cross claim, Milne Plumbing and Heating, Inc., no response is required.

## COUNT III

7. The defendant in cross claim restates and re-alleges paragraphs 1 through 4.

8. The defendant in cross claim, Milne Plumbing and Heating, Inc. admits this allegation.

9. The defendant in cross claim, Milne Plumbing and Heating, Inc. admits this allegation.

10. The defendant in cross claim, Milne Plumbing and Heating, Inc. denies this allegation.

## COUNT IV

11. The defendant in cross claim restates and re-alleges paragraphs 1 through 4.

12. The defendant in cross claim, Milne Plumbing and Heating, Inc. denies this allegation.

/s/

_____
Francis J. Lynch, III, BBO 308 740
John F. Gleavy, BBO 636 888
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500

TL136-0007663.doc