UNITED STATES DISTRICT COURT
DISTRICT COURT MASSACHUSETTS

CIVIL ACTION NUMBER: 2005 CV 11065 RWZ

| | |
|---|---|
| VIGILANT INSURANCE COMPANY, | ) |
| as subrogee of | ) |
| JOHN AND BARBARA FERRARO, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| PREMIER BUILDERS, INC. and | ) |
| MILNE PLUMBING AND HEATING, INC., | ) |
| | ) |
| Defendant | ) |

NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of the above named court:

Kindly withdraw my appearance as to the defendant, Milne Plumbing & Heating, Inc.


/s/ Kathleen Tulloh Brink
_____
Kathleen C. Tulloh Brink
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500

L87 0427687.docu