UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05 11065 RWZ

VIGILANT INSURANCE COMPANY, as )
subrogee of JOHN and BARBARA FERRARO, )
        Plaintiff )
)
VS. )
)
PREMIER BUILDERS, INC., )
MILNE PLUMBING AND HEATING, INC. and )
SIEMASKO AND VERBRIDGE, INC., )
        Defendants )

### DEFENDANT, PREMIER BUILDERS, INC.'S, ANSWER TO CROSSCLAIM OF THE DEFENDANT, SIEMASKO AND VERBRIDGE, INC., AND CLAIM OF TRIAL BY JURY

The defendant-in-crossclaim, Premier Builders, Inc., in the above entitled action answers crossclaim of the defendant-in-crossclaim, Siemasko and Verbridge, Inc., as follows:

### COUNT I

1. The defendant-in-crossclaim admits the allegations contained in Paragraph 1.

2. The defendant-in-crossclaim admits the allegations contained in Paragraph 2.

3. The defendant-in-crossclaim admits the allegations contained in Paragraph 3.

4. The defendant-in-crossclaim denies the allegations contained in Paragraph 4.

### COUNT II

5. The defendant-in-crossclaim denies the allegations contained in Paragraph 5.

6. The defendant-in-crossclaim denies the allegations contained in Paragraph 6.

## COUNT III

7 -10. No Answer is required of this defendant-in-crossclaim.

## COUNT IV

11-12. No Answer is required of this defendant-in-crossclaim.

## FIRST AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant-in-crossclaim says that if the plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct the defendant-in-crossclaim was not and is not legally responsible.

## SECOND AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant-in-crossclaim denies it was negligent in any manner.

## THIRD AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant-in-crossclaim says that the plaintiff's complaint fails to state a claim upon which relief may be granted.

**THE DEFENDANT-IN-CROSSCLAIM, PREMIER BUILDERS, INC., HEREBY CLAIMS A TRIAL BY JURY ON ALL ISSUES TRIABLE AS OF RIGHT BY JURY.**

Premier Builders, Inc.
By its attorney:

_____
Michael E. Okolita, Esquire
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424
(508) 798-0717
BBO: 378255
Dated:  October 13, 2005

## CERTIFICATE OF SERVICE

I hereby certify under the pains and penalties of perjury that I have on this day served a copy of the foregoing:

**DEFENDANT, PREMIER BUILDERS, INC.'S, ANSWER TO CROSSCLAIM OF THE DEFENDANT, SIEMASKO AND VERBRIDGE, INC., AND CLAIM OF TRIAL BY JURY**

by mailing a copy of same postage prepaid to:

Patrick J. Loftus, III, Esquire
9 Park Street; 5th Floor
Boston, MA 02108
**Attorney for the Plaintiff**

William N. Clark, Jr., Esquire
COZEN O'CONNOR
The Atrium-Third Floor
1900 Market Street
Philadelphia, PA 19103
**Attorney for the Plaintiff**

Francis J. Lynch, III, Esquire
John F. Gleavy, Esquire
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
**Attorneys for the Defendant, Milne Plumbing & Heating, Inc.**

John J. Jarosak, Esquire
Litchfield Cavo, LLP
6 Kimball Lane, Suite 100
Lynnfield, MA 01940
**Attorney for Defendant, Siemasko and Verbridge, Inc.**

_____
Michael E. Okolita, Esquire

Dated: October 13, 2005