UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05 11065 RWZ

VIGILANT INSURANCE COMPANY, as )
subrogee of JOHN and BARBARA FERRARO, )
    Plaintiff    )
         )
VS.       )
         )
PREMIER BUILDERS, INC.,  )
MILNE PLUMBING AND HEATING, INC. and )
SIEMASKO AND VERBRIDGE, INC., )
    Defendants  )

**DEFENDANT, PREMIER BUILDERS, INC.'S, INITIAL DISCLOSURES**

**I. Persons with Discoverable Information**

Kenneth A. Kumph
Premier Builders – President
113 Jewett Street
Georgetown, MA

Paul Crestin
Premier Builders – Project Coordinator
113 Jewett Street
Georgetown, MA

Jody Torbit
Premier Builders – Site Supervisor
113 Jewett Street
Georgetown, MA

John Ferraro
136 A Hesperus Avenue
Gloucester, MA

Barbara Ferraro
136A Hesperus Avenue
Gloucester, MA

-2-

    Jean Verbridge
    Siemasko & Verbridge, Inc. – Principal
    126 Dodge Street
    Beverly, MA

    Thad Siemasko
    Siemasko & Verbridge, Inc. – Principal
    126 Dodge Street
    Beverly, MA

    Elizabeth Hourihan
    Formerly of Siemasko & Verbridge, Inc. – Designer
    126 Dodge Street
    Beverly, MA

    Scott Milne
    Milne Plumbing and Heating, Inc. – President
    7A Beaver Dam Road
    Manchester, MA

    Jeff Fowler
    Premier Builders, Inc. – current site supervisor
    113 Jewett Street
    Georgetown, MA

## II. Description of Discoverable Documents

1. All construction documents relative to the construction and repairs to the Ferraro residence at 136A Hesperus Avenue, Gloucester, MA

2. Photographs showing damage to the Ferraro residence at 136A Hesperus Avenue, Gloucester, MA

3. The ruptured pipe currently in the possession of Premier Builders, Inc.

-3-

## III. <u>Insurance</u>

    Harleysville Insurance
    Primary Policy: CB-1J4289
    $1,000,000 liability coverage
    $2,000,000 products liability and completed operations coverage
    Excess Policy: BE-1J4289
    $3,000,000 liability coverage

    Premier Builders, Inc.
    By its attorney:

    _____
    Michael E. Okolita, Esquire
    Donald E. Feener & Associates
    120 Front Street, Suite 310
    Worcester, MA 01608-1424
    (508) 798-0717
    BBO: 378255
    Dated: October 13, 2005

## CERTIFICATE OF SERVICE

I hereby certify under the pains and penalties of perjury that I have on this day served a copy of the foregoing:

**DEFENDANT, PREMIER BUILDERS, INC.'S, INITIAL DISCLOSURES**

by mailing a copy of same postage prepaid to:

Patrick J. Loftus, III, Esquire
9 Park Street; 5th Floor
Boston, MA 02108
**Attorney for the Plaintiff**

William N. Clark, Jr., Esquire
COZEN O'CONNOR
The Atrium-Third Floor
1900 Market Street
Philadelphia, PA 19103
**Attorney for the Plaintiff**

Francis J. Lynch, III, Esquire
John F. Gleavy, Esquire
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
**Attorneys for the Defendant, Milne Plumbing & Heating, Inc.**

John J. Jarosak, Esquire
Litchfield Cavo, LLP
6 Kimball Lane, Suite 100
Lynnfield, MA 01940
**Attorney for Defendant, Siemasko and Verbridge, Inc.**

_____
Michael E. Okolita, Esquire

Dated: October 13, 2005