UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11065-RWZ

VIGILANT INSURANCE COMPANY
as subrogee of John and Barbara Ferraro,

v.

PREMIER BUILDERS, INC., et al.

PRETRIAL ORDER
September 5, 2006

ZOBEL, D.J.

This matter having come before the Court at a pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., 28 U.S.C., and Patrick J. Loftus, III, and William N. Clark, Jr., having appeared as counsel for plaintiff, and Michael E. Okolita and John F. Gleavy, Jr., having appeared as counsel for defendants, the following action was taken:

1.  TRIAL

Trial with a jury is scheduled to commence on September 25, 2006, at 9:00 a.m. and is estimated to last five days.

2.  JURY

The court will impanel eight jurors.  Counsel shall file any proposed questions to the jury on voir dire by September 18, 2006.  Each side will have four peremptory challenges.

3.  ISSUES

   The parties agree that the only issues to be tried are:

   a)  Whether defendants were negligent

   I)   by the placement of the water pipe,

   ii)  by the manner in which the generator housing was made, and

   iii) by failing to insulate the water pipe

   b)  Whether defendant Premier was separately negligent by failing to correct the temperature after it had noticed that the area was too cold;

   c)  Whether plaintiff's subrogor was negligent by setting the thermostat too low; and

   d)  The amount of damages.

   The parties anticipate that the damages will be stipulated.

4.  WITNESSES

   On or before September 18, 2006, counsel shall submit a list of witness who will testify at trial.

5.  EXHIBITS

   Prior to the commencement of trial, counsel shall confer with each other concerning any exhibits each intends to offer and note any objections each may have to the exhibits of the other. All exhibits to which opposing counsel do not object shall be deemed to be admitted into evidence. Counsel shall mark these exhibits and prepare a listing thereof, in duplicate. Objected to exhibits shall be marked for identification and listed separately.

Case 1:05-cv-11065-RWZ    Filed 09/05/2006    Page 3 of 4

6. <u>REQUESTS AND QUESTIONS</u>

   On the first day of trial, September 25, 2006, counsel shall file:

   a) Requests for instructions; and

   b) Proposed questions to the jury on special verdict.

7. <u>MOTIONS IN LIMINE</u>

   Any motions in limine shall be filed on or before September 18, 2006.


 September 5, 2006                              /s/Rya W. Zobel_____
           DATE                                 RYA. W. ZOBEL
                                                UNITED STATES DISTRICT JUDGE