IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-CV-11065

**VIGILANT INSURANCE COMPANY,** as subrogee of **JOHN AND BARBARA FERRARO**
       Plaintiff

vs.

**PREMIER BUILDERS, INC., MILNE PLUMBING AND HEATING, INC. and SIEMASKO AND VERBRIDGE, INC.**
       Defendants

## STIPULATION OF DISMISSAL AS TO DEFENDANT, SIEMASKO AND VERBRIDGE, INC. WITH PREJUDICE

      The parties hereby stipulate to dismiss any and all claims and crossclaims in the above-captioned cause of action, including all rights of appeal, with prejudice and without costs, interest, or attorneys' fees pursuant to Fed. R. Civ. P. 41 (a)(1)(ii) as to the defendant, Siemasko and Verbridge, Inc.  This Stipulation is applicable to the defendant, Siemasko and Verbridge, only.

| | |
|---|---|
| The Plaintiff,<br>Vigilant Insurance Company, As Subrogee of John and Barbara Ferraro<br>By its attorney, | The Defendant,<br>Siemasko and Verbridge, Inc.<br>By its attorneys, |
|     /s/William N. Clark, Jr.<br>William N. Clark, Jr.<br>COZEN O'CONNOR<br>The Atrium – Third Floor<br>1900 Market Street<br>Philadelphia, PA  19103<br>(215) 665-4101 |     /s/John J. Jarosak<br>John J. Jarosak, BBO #545998<br>Litchfield Cavo LLP<br>6 Kimball Lane, Suite 100<br>Lynnfield, MA 01940<br>(781) 309-1500 |

| | |
|---|---|
| The Defendant,<br>Premier Builders, Inc.<br>By its attorneys, | The Defendant,<br>Milne Plumbing and Heating, Inc.<br>By its attorneys, |
|     /s/Michael E. Okolita<br>Michael E. Okolita, BBO # 378255<br>Donald F. Feener & Associates<br>120 Front Street<br>Worcester, MA  01608<br>(508) 798-0717 |     /s/ John F. Gleavy<br>John F. Gleavy, BBO # 636888<br>Lynch & Lynch<br>45 Bristol Drive<br>South Easton, MA  02375<br>(508) 230-2500 |

## CERTIFICATE OF SERVICE

     I, John J. Jarosak, hereby certify that on August 18, 2006, I served the within document by first class mail, postage prepaid, to the following:

| | |
|---|---|
| William N. Clark, Jr., Esquire<br>COZEN O'CONNOR<br>The Atrium – Third Floor<br>1900 Market Street<br>Philadelphia, PA 19103 | Patrick J. Loftus, III, Esquire<br>LAW OFFICES OF PATRICK LOFTUS<br>9 Park Street, 5th Floor<br>Boston, MA 02108 |
| Michael E. Okolita, Esquire<br>Donald F. Feener & Associates<br>120 Front Street<br>Worcester, MA 01608 | Francis J. Lynch, III, Esquire<br>John F. Gleavy, Esquire<br>Lynch & Lynch<br>45 Bristol Drive<br>South Easton, MA 02375 |

                                          _____
                                          John J. Jarosak