Case 1:05-cv-11065-RWZ   Document 27   Filed 09/18/2006   Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
05 11065 RWZ

VIGILANT INSURANCE COMPANY, as            )
subrogee of JOHN and BARBARA FERRARO, )
        Plaintiff            )
                    )
        VS.            )
                    )
PREMIER BUILDERS, INC., and            )
MILNE PLUMBING AND HEATING, INC.    )
        Defendants            )

**DEFENDANT, PREMIER BUILDERS, INC.'S,
NOTICE OF FILING EXHIBITS "1" AND "2"**

    Defendant, Premier Builders, Inc., will file and serve upon the court and counsel of record by mailing, postage prepaid, the following:

    **Exhibit "1":**  Report of Steven R. Frederickson dated August 27, 2006; and
    **Exhibit "2":**  Report of Seven R. Frederickson dated May 15 2005

in connection with its Motion in Limine to preclude testimony of Steven R. Frederickson as to the cause of the frozen water line and of any high winds that supposedly caused movement of fiberglass BATT insulation around the steam generator cabinet, said motion having been filed electronically on September 18, 2006.

    /s/ Michael E. Okolita, Esquire
    Michael E. Okolita, Esquire
    Donald E. Feener & Associates
    120 Front Street, Suite 310
    Worcester, MA 01608-1424
    (508) 798-0717
    BBO: 378255
    Dated:  September 18, 2006

## CERTIFICATE OF SERVICE

I hereby certify under the pains and penalties of perjury that I have on this day served a copy of the foregoing by electronic filing:

**Defendant, Premier Builders, Inc.'s, Notice of Filing Exhibits "1" and "2"**

by mailing a copy of same postage prepaid to:

Patrick J. Loftus, III, Esquire
9 Park Street; 5th Floor
Boston, MA  02108
**Attorney for the Plaintiff**

William N. Clark, Jr., Esquire
COZEN O'CONNOR
The Atrium-Third Floor
1900 Market Street
Philadelphia, PA  19103
**Attorney for the Plaintiff**

John J. Gleavy, Esquire
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
**Counsel for co-deft., Milne Plumbing & Heating, Inc.:**

/s/ Michael E. Okolita, Esquire
Michael E. Okolita, Esquire

Dated:  September 18, 2006