UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
05 11065 RWZ

VIGILANT INSURANCE COMPANY, as )
subrogee of JOHN and BARBARA FERRARO, )
        Plaintiff     )
                            )
      VS.          )
                            )
PREMIER BUILDERS, INC., and  )
MILNE PLUMBING AND HEATING, INC.  )
        Defendants   )

**DEFENDANT, PREMIER BUILDERS, INC.'S,
NOTICE OF FILING EXHIBITS "1" "2", "3" AND "4"**

Defendant, Premier Builders, Inc., will file and serve upon the court and counsel of record by mailing, postage prepaid, the following:

    **Exhibit "1":** Deposition Transcript of Scott Milne;
    **Exhibit "2":** Deposition Transcript of Christopher Payson;
    **Exhibit "3":** Deposition Transcript of John Ferraro; and
    **Exhibit "4":** Deposition Transcript of Barbara Ferraro

in connection with its Motion in Limine to preclude evidence of a draft in the steam cabinet. said motion having been filed electronically on September 18, 2006.

                      /s/ Michael E. Okolita, Esquire
                      Michael E. Okolita, Esquire
                      Donald E. Feener & Associates
                      120 Front Street, Suite 310
                      Worcester, MA 01608-1424
                      (508) 798-0717
                      BBO: 378255
                      Dated:  September 18, 2006

## CERTIFICATE OF SERVICE

I hereby certify under the pains and penalties of perjury that I have on this day served a copy of the foregoing by electronic filing:

**Defendant, Premier Builders, Inc.'s, Notice of Filing Exhibits "1", "2", "3" and "4"**

by mailing a copy of same postage prepaid to:

Patrick J. Loftus, III, Esquire
9 Park Street; 5th Floor
Boston, MA  02108
**Attorney for the Plaintiff**

William N. Clark, Jr., Esquire
COZEN O'CONNOR
The Atrium-Third Floor
1900 Market Street
Philadelphia, PA  19103
**Attorney for the Plaintiff**

John J. Gleavy, Esquire
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
**Counsel for co-deft., Milne Plumbing & Heating, Inc.:**

/s/ Michael E. Okolita, Esquire
Michael E. Okolita, Esquire

Dated:  September 18, 2006