IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VIGILANT INSURANCE COMPANY, as subrogee of JOHN AND BARBARA FERRARO : : : Plaintiff, : : v. : : PREMIER BUILDERS, INC. and : MILNE PLUMBING AND HEATING, INC. : : Defendants. : | CIVIL ACTION NO. 05-CV-11065 |

### PLAINTIFF'S LIST OF TRIAL WITNESSES

**A.   Witnesses Likely To Call**

1. John Ferraro
2. Barbara Ferraro
3. Ken Kumph
4. Scott Milne
5. Jody Torbitt
6. Rich Middleton
7. Lester MacLaughlin
8. David Cowen

**B.   Witnesses Plaintiff May Call If Needed**

9. Jean Verbridge
10. Thad Siemasko
11. Chris Payson
12. Chris Porauas

13. Paul Crestin

14. Jeff Fowler

15. James Mysilvy

16. Harold Larson

17. James Tagliente

                                              Respectfully submitted,

/s/ William N. Clark, Jr., Esquire
William N. Clark, Jr., Esquire
Cozen O'Connor
The Atrium – Third Floor
1900 Market Street
Philadelphia, PA  19103
215-665-4102

CO-COUNSEL:
Patrick J. Loftus, III, Esquire
BBO #303310
9 Park Street - Suite 500
Boston, MA  02108
(617) 723-7770