IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VIGILANT INSURANCE COMPANY, as subrogee of JOHN AND BARBARA FERRARO<br><br>Plaintiff,<br><br>v.<br><br>PREMIER BUILDERS, INC. and<br>MILNE PLUMBING AND HEATING, INC.<br><br>Defendants. | CIVIL ACTION NO. 05-CV-11065 |

## PLAINTIFF'S PROPOSED REQUESTED VOIR DIRE QUESTIONS

Ladies and Gentlemen of the Jury Panel:

1. This is a civil case and not a criminal case, in which the plaintiff is seeking monetary damages. Do any of you hold any personal beliefs that would prohibit you from finding in favor of the plaintiff and awarding substantial monetary damages if the evidence warranted such a finding?

2. This case involves a water leak that occurred in February 2005 at the home of John and Barbara Ferraro located at 136 Hesperus Lane in Gloucester, Massachusetts.

   a. Were any of you witnesses to the leak?

   b. Did any of you hear or read anything about the leak?

   c. Do any of you have any knowledge at all about the leak?

3. Have any of you or any members of your family ever worked for a plumber or a general contractor?

4. Have you or any members of your family ever been involved in the installation of plumbing lines or the construction of a house?

5. Have you or any members of your family ever been insured by CHUBB?

6. Do all of you understand that an insurance company, once it pays its insured, has a right to pursue recovery of that amount from any company that is responsible for the leak?

7. Have you or any members of your family ever been a plumber?

8. Have you or any members of your family ever worked in the construction industry?

9. Have you or any members of your family ever had any mechanical engineering training, experience, or education?

10. Have you or any members of your family ever been a plaintiff or a defendant in any type of lawsuit? If so, please provide details.

11. Would any involvement that you or your family may have had as a plaintiff or a defendant in any way affect your ability to serve as a fair and impartial juror in this case?

12. Have you or any members of your family ever had any legal training? If so, please describe the training.

13. Do any of you just not like lawyers? I have met some people who feel that way and while everyone has that right, we just need to know that in order to determine if that would affect your ability to serve in this case.

14. Have any of you ever served on a jury before? If so, was it a civil or criminal case and please describe the circumstances concerning your prior jury service.

15. In this case, the plaintiff will win if it establishes its case by a preponderance of the evidence. A preponderance of the evidence means more likely than not. It is not proof beyond a reasonable doubt which is the test used in criminal case. Do you believe that you can follow the Court's instructions regarding the appropriate burden of proof in this case?

16. Would any of you have any difficulty following the Court's instructions regarding the applicable law in this case even if you personally disagree with those instructions?

17. Do any of you feel that a company which has had its property damaged through the actions of another should just go about its own way and not come into court and have a jury decide whether or not another company is at fault for those damages?

18. Have you or any members of your family ever been involved in an investigation or processing of claims for property and/or business damage? If so, would that affect your ability to serve as a fair and impartial juror in this case?

19. Are any of you or any members of your family employed by insurance companies? If so, describe.

20. Do any of you own any stock in property or casualty insurance companies?

21. There will be considerable technical testimony, some it rather complicated and difficult in this case. Do each of you feel that you can listen carefully to that testimony, understand it and decide from it what happened and why?

22. Is there any reason at all, whether I mentioned it or not, why any of you feel that you cannot be fair and impartial jurors in this case?

                      Respectfully submitted,

                      /s/ William N. Clark, Jr., Esquire
                      William N. Clark, Jr., Esquire
                      Cozen O'Connor
                      The Atrium – Third Floor
                      1900 Market Street
                      Philadelphia, PA  19103
                      215-665-4101

CO-COUNSEL:
Patrick J. Loftus, III, Esquire
BBO #303310
9 Park Street - Suite 500
Boston, MA  02108
(617) 723-7770