UNITED STATES DISTRICT COURT
DISTRICT COURT MASSACHUSETTS

CIVIL ACTION NUMBER: 2005 CV 11065 RWZ

| | |
|---|---|
| VIGILANT INSURANCE COMPANY,<br>as subrogee of<br>JOHN AND BARBARA FERRARO,<br><br>             Plaintiff<br><br>vs.<br><br>PREMIER BUILDERS, INC. and<br>MILNE PLUMBING AND HEATING, INC.,<br><br>             Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DEFENDANT MILNE PLUMBING PROPOSED VOIR DIRE

1. Is there anyone on the jury panel who feels he/she, or their family members or friends has been treated unfairly by a plumber?

2. Is there any member of the jury panel, their family or friends who has ever brought a lawsuit against a plumber?

3. Have you ever experienced water damage from a frozen pipe?

/s/ John F. Gleavy
_____
Francis J. Lynch, III, BBO 308 740
John F. Gleavy, BBO 636 888
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants upon receipt of notification of same from the court.

/s/ John F. Gleavy

_____

John F. Gleavy, BBO 636 888
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500