UNITED STATES DISTRICT COURT
DISTRICT COURT MASSACHUSETTS

CIVIL ACTION NUMBER: 2005 CV 11065 RWZ

| | |
|---|---|
| VIGILANT INSURANCE COMPANY, | ) |
| as subrogee of | ) |
| JOHN AND BARBARA FERRARO, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| PREMIER BUILDERS, INC. and | ) |
| MILNE PLUMBING AND HEATING, INC., | ) |
| | ) |
| Defendant | ) |

**DEFENDANT, MILNE PLUMBING AND HEATING, INC.'S, MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY AND CERTAIN EVIDENCE**

The defendant Milne Plumbing and Heating, Inc. moves this court to exclude the expert testimony for the plaintiff, Vigilant Insurance. As grounds for this motion, Milne contends that Vigilant, as the subrogee of the homeowners, John and Barbara Ferraro, failed to preserve critical evidence, specifically the cabinet in which a pipe to a steam generator froze causing the plaintiff's damages. Vigilant had an expert inspect the cabinet within one week of the loss and made no efforts to retain the cabinet despite being aware the cabinet was a critical piece of evidence.

Wherefore, the defendant Milne Plumbing and Heating, Inc. requests this court exclude the testimony of the plaintiff's expert of the parties responsible for the spoliation as well as certain other evidence as set forth in the brief attached.

/s/    John F. Gleavy
_____
Francis J. Lynch, III, BBO 308 740
John F. Gleavy, BBO 626 888
Attorneys for Defendants
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants upon receipt of notification of same from the court.

/s/ John F. Gleavy

_____

John F. Gleavy, BBO 636 888
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500