UNITED STATES DISTRICT COURT
DISTRICT COURT MASSACHUSETTS

CIVIL ACTION NUMBER:  2005 CV 11065 RWZ

| | |
|---|---|
| VIGILANT INSURANCE COMPANY, | ) |
| as subrogee of | ) |
| JOHN AND BARBARA FERRARO, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| PREMIER BUILDERS, INC. and | ) |
| MILNE PLUMBING AND HEATING, INC., | ) |
| | ) |
| Defendant | ) |

### *DEFENDANT, MILNE PLUMBING AND HEATING, INC.'S MOTION IN LIMINE TO EXCLUDE EVIDENCE THAT THE STEAM GENERATOR WAS SUBSEQUENTLY LOCATED IN THE BASEMENT*

The defendant Milne Plumbing and Heating, Inc. requests this court exclude any evidence that the steam generator was subsequently located in the basement after the loss.  As grounds for this motion, Milne states that locating the steam generator in the basement is a subsequent remedial measure and its admittance into evidence would not be to controvert or impeach Milne on this issue.

Wherefore, the defendant Milne Plumbing and Heating, Inc. requests this evidence be excluded from trial.


/s/ John F. Gleavy

_____
Francis J. Lynch, III, BBO 308 740
John F. Gleavy, BBO 626 888
Attorneys for Defendants
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants upon receipt of notification of same from the court.

/s/ John F. Gleavy

_____

John F. Gleavy, BBO 636 888
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500