UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
05 11065 RWZ

VIGILANT INSURANCE COMPANY, as )
subrogee of JOHN and BARBARA FERRARO, )
        Plaintiff        )
                              )
        VS.            )
                              )
PREMIER BUILDERS, INC., and )
MILNE PLUMBING AND HEATING, INC. )
        Defendants      )

**DEFENDANT, PREMIER BUILDERS, INC.'S, WITNESS LIST**

1. John Ferraro
2. Barbara Ferraro
3. Jean Verbridge
4. Jody Torbitt
5. Kenneth Kumph
6. Scott Milne
7. Paul Crestin
8. Jeff Fowler
9. Richard Middleton
10. James Mysliwy
11. Christopher Payson
12. Albert Harkness

13. Steven Frederickson

        Premier Builders, Inc.
        By its attorney:

        /s/ Michael E. Okolita, Esquire
        Michael E. Okolita, Esquire
        Donald E. Feener & Associates
        120 Front Street, Suite 310
        Worcester, MA 01608-1424
        (508) 798-0717
        BBO: 378255
        Dated: September 19, 2006

## CERTIFICATE OF SERVICE

I hereby certify under the pains and penalties of perjury that I have on this day served a copy of the foregoing by electronic filing:

**Defendant, Premier Builders, Inc.'s, Witness List**

by mailing a copy of same postage prepaid to:

Patrick J. Loftus, III, Esquire
9 Park Street; 5th Floor
Boston, MA  02108
**Attorney for the Plaintiff**

William N. Clark, Jr., Esquire
COZEN O'CONNOR
The Atrium-Third Floor
1900 Market Street
Philadelphia, PA  19103
**Attorney for the Plaintiff**

John J. Gleavy, Esquire
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
**Counsel for co-deft., Milne Plumbing & Heating, Inc.:**

        /s/ Michael E. Okolita, Esquire
        Michael E. Okolita, Esquire

Dated: September 19, 2006

Case 1:05-cv-11065-RWZ    Document 37    Filed 09/19/2006    Page 3 of 3