UNITED STATES DISTRICT COURT
DISTRICT COURT MASSACHUSETTS

CIVIL ACTION NUMBER: 2005 CV 11065 RWZ

| | |
|---|---|
| VIGILANT INSURANCE COMPANY, | ) |
| as subrogee of | ) |
| JOHN AND BARBARA FERRARO, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| PREMIER BUILDERS, INC. and | ) |
| MILNE PLUMBING AND HEATING, INC., | ) |
| | ) |
| Defendant | ) |

## DEFENDANT MILNE PLUMBING AND HEATING, INC.'S PROPOSED WITNESS LIST

1. John Ferraro

2. Barbara Ferraro

3. Jody Torbitt

4. Kenneth Kumph

5. Scott Milne

6. Paul Krestin

7. Steven Fredrickson

8. Jeff Fowler

9. Richard Middleton

10. Christopher Payson

11. Lester MacLaughlin

12. James Tagliente

13. Jean Verbridge

14. Elizabeth Hourahan

15. Thaddaus Siemasko

16. Christopher Poravas

/s/ John F. Gleavy

_____
Francis J. Lynch, III, BBO 308 740
John F. Gleavy, BBO 626 888
Attorneys for Defendants
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants upon receipt of notification of same from the court.

/s/ John F. Gleavy
_____
John F. Gleavy, BBO 636 888
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500