UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
05 11065 RWZ

VIGILANT INSURANCE COMPANY, as )
subrogee of JOHN and BARBARA FERRARO, )
              Plaintiff )
               )
          VS. )
               )
PREMIER BUILDERS, INC., and )
MILNE PLUMBING AND HEATING, INC. )
          Defendants )

### DEFENDANT, PREMIER BUILDERS, INC.'S
### NOTICE OF FILING EXHIBITS "1" "2", "3" AND "4"
### AS TO SECOND MOTION IN LIMINE

Defendant, Premier Builders, Inc., will file and serve upon the court and counsel of record by mailing, postage prepaid, the following:

    **Exhibit "1": Deposition Transcript of Scott Milne;**
    **Exhibit "2": Deposition Transcript of Christopher Payson;**
    **Exhibit "3": Deposition Transcript of John Ferraro; and**
    **Exhibit "4": Deposition Transcript of Barbara Ferraro**

in connection with its Motion in Limine to preclude evidence of a draft in the steam cabinet. said motion having been filed electronically on September 18, 2006.

              /s/ Michael E. Okolita, Esquire
              Michael E. Okolita, Esquire
              Donald E. Feener & Associates
              120 Front Street, Suite 310
              Worcester, MA 01608-1424
              (508) 798-0717
              BBO: 378255
              Dated: September 18, 2006

## CERTIFICATE OF SERVICE

I hereby certify under the pains and penalties of perjury that I have on this day served a copy of the foregoing by electronic filing:

**Defendant, Premier Builders, Inc.'s, Notice of Filing
Exhibits "1", "2", "3" and "4"**

by mailing a copy of same postage prepaid to:

Patrick J. Loftus, III, Esquire
9 Park Street; 5th Floor
Boston, MA 02108
**Attorney for the Plaintiff**

William N. Clark, Jr., Esquire
COZEN O'CONNOR
The Atrium-Third Floor
1900 Market Street
Philadelphia, PA 19103
**Attorney for the Plaintiff**

John J. Gleavy, Esquire
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
**Counsel for co-deft., Milne Plumbing & Heating, Inc.:**

/s/ Michael E. Okolita, Esquire
Michael E. Okolita, Esquire

Dated: September 18, 2006

# EXHIBIT "1"

# DEPOSITION TRANSCRIPT OF SCOTT MILNE

5

1                        SCOTT MILNE

2              SCOTT MILNE, having been

3         previously sworn by a Notary Public

4         within and for the Commonwealth of

5         Massachusetts, was examined and

6         testified as follows:

7              EXAMINATION CONDUCTED

8    BY MR. CLARK:

9         Q.   Good morning, Mr. Milne.

10        A.   Good morning.

11        Q.   Am I saying it right?  Milne?

12        A.   Yes.

13        Q.   My name is Bill Clark, and I represent

14   Vigilant Insurance Company in a lawsuit that has been

15   filed against Premier Builders, Milne Plumbing and

16   Heating, Inc. and Siemasko and Verbridge.

17             I have a few questions that I am going to

18   ask you about what you may or may not know about the

19   construction at the home of Barbara and John Ferraro.

20        A.   Okay.

21        Q.   Before we begin, I have one instruction.

22   That is, if you give an answer to a question, I am

23   going to assume you understood the question and heard

24   the question.  If at any time you don't understand a

25   question, it is probably because it is poorly

6

```
 1      phrased.  Please let me know.  Is that all right?
 2           A.   Okay.
 3           Q.   Could you state your current employer for
 4      the record.
 5           A.   I am self employed.
 6           Q.   And the company you are employed with?
 7           A.   Milne Plumbing and Heating, Incorporated.
 8           Q.   And how long have you been self employed
 9      with Milne Plumbing and Heating, Incorporated?
10           A.   I believe 22 years.
11           Q.   Are you a licensed plumber in the state of
12      Massachusetts?
13           A.   I am.
14           Q.   When did you receive your license?
15           A.   I knew you were going to ask that.
16           Q.   Approximately.
17           A.   I believe '82, I believe.  I could let you
18      know exactly.
19           Q.   So approximately two years before you
20      started, two or three years before you started Milne
21      Plumbing; is that correct?
22           A.   Yes.
23           Q.   Did you have an apprenticeship before you
24      became a licensed plumber?
25           A.   I did.
```

114
1        Q.   Go ahead.

2        A.   That it would be well insulated and sealed.

3        Q.   Were you there at all when the cabinet was

4   put in place by Premier or whomever?

5        A.   I was not.

6        Q.   At some point, though, is it fair to say

7   that before the steam generator was put into that

8   cabinet, you did have a chance to inspect it?

9        A.   No.

10       Q.   You did not?

11       A.   I did not.

12       Q.   At some time prior to the flooding incident

13   of February of '05?

14       A.   Uh-huh.

15       Q.   Had you ever inspected -- even just looked

16   at the cabinet?

17       A.   At the interior of the cabinet, yes.

18       Q.   When was that, your best belief?  Let me

19   ask it this way.  Was it before the problems of the

20   winter of 2004?

21       A.   I believe so.

22       Q.   And did you just open the doors and look

23   in, or did you actually crawl in yourself?

24       A.   It is not a large enough area for someone

25   to crawl into, but I looked into it.

115

1       Q.    How about as far as the placing of the

2    steam generator?   That was placed inside the

3    cabinet; right?

4       A.    Right.

5       Q.    How was that done if it wasn't large

6    enough for someone to crawl into?

7       A.    Because it is large enough for the steam

8    generator itself to be fit into.

9       Q.    Okay.

10       A.    The doors open up and you have access to

11    the equipment.

12       Q.    The person would be able to get part of

13    their body into the cabinet?

14       A.    Possibly.

15       Q.    I guess I am not quite understanding that,

16    how someone could actually install the steam

17    generator --

18       A.    Your arms can certainly reach in.

19       Q.    They would have to be able to look and see

20    where they are working; right?

21       A.    Yes.

22       Q.    And the person who actually installed this

23    steam generator, was that Mr. Pason or Mr. Libby?

24       A.    Yes.   I believe it was Mr. Libby, who is an

25    apprentice under Mr. Pason, so his work was inspected

1   by him and followed by him.

2          Q.   So if it was Mr. Libby, any work that he

3   had done would have been overseen by Mr. Pason?

4          A.   Correct.

5          Q.   Would you have expected that Mr. Pason

6   would have somehow examined the work done by Mr.

7   Libby with regard to the installation of the steam

8   generator?

9          A.   Yes.

10         Q.   What is your best belief as to how long it

11  would take for someone to install a steam generator

12  in a cabinet like that?

13         A.   2 hours, 2-1/2.

14         Q.   And do you know what time of year it would

15  have been installed?  Was it in the winter as opposed

16  to the summer?

17         A.   I believe it was the summer.

18         Q.   That is your best belief?

19         A.   My best belief is summer or fall.

20         Q.   All right.  Now at some point you are not

21  sure when, but it was after the steam generator

22  wasn't installed and some time before the flooding

23  that you had a chance to look into the cabinet and

24  look into that steam generator?

25         A.   Uh-huh.

117
1          Q.    Did you make any observation of any kind of

2     drafts of any kind?

3          A.    No.

4          Q.    Were you looking for something like that?

5          A.    No, I was not.

6          Q.    But from your own observations, at least

7     from what you could see from the inside, it appeared

8     to be a properly constructed cabinet?

9          A.    Yes.

10         Q.    You didn't see any holes or spaces where

11    air could come in; right?

12         A.    No, not really no.

13         Q.    Did any of your men tell you that there was

14    a problem the way it was constructed?

15         A.    No.

16         Q.    Mr. Pason or Mr. Lilly?

17         A.    No, they did not.

18         Q.    And just so I understand it, the

19    discussions that you had with Jody Torbitt about the

20    construction of this cabinet and how it was to be

21    used for the steam generator, the real sole purpose

22    of that was not just to house the steam generator,

23    the real purpose was to prevent any type of freeze

24    ups?

25         A.    The sole purpose was to locate the steam

127

1       A.    Yes.

2       Q.    This wasn't a very big crac< in the pipe

3   now, was it?

4       A.    No, it was not.

5       Q.    It wasn't even a very big pipe?

6       A.    No, it was not.

7       Q.    So what would be your best belief as to how

8   long that leak had to have been going on to cause

9   that kind of damage?

10      A.    From my professional experience three to

11  four weeks.

12      Q.    So that was not something that had been

13  going on for a day or two?

14      A.    Not at all.

15      Q.    Do you have any information as to how

16  long -- well, believing it would have been three to

17  four weeks, would it be a logical conclusion that

18  someone must have been home during that time?

19      A.    Yes, it was.

20      Q.    Did you ever found out from any source

21  other than your attorney as to how long the Ferraros

22  had been away during that time?

23      A.    No, I did not.

24      Q.    But would you recommend pecple in New

25  England, specifically those living on the seacoast in

# EXHIBIT "2"

# DEPOSITION TRANSCRIPT OF CHRISTOPHER PAYSON

1          STIPULATION

2          It is hereby stipulated and agreed by and

3    between counsel for the respective parties that the

4    the witness shall read and sign the deposition

5    transcript under the pains and penalties of perjury,

6    within thirty days of receipt thereof.

7          It is further stipulated that all objections,

8    except as to the form of the question, and all

9    motions to strike are reserved until the time of

10   trial.

11              Christopher Payson, having been duly sworn

12   by the Notary Public, testified as follows in answer

13   to interrogatories by Mr. Clark:

14   DIRECT EXAMINATION

15   Q.  Could you please state your name for the record.

16   A.  Chris Payson.

17   Q.  My name is Bill Clark and I represent the Chubb

18       Group of Insurance Companies in a lawsuit that

19       has been filed among other companies, Milne

20       Plumbing.  I'm going to ask you about what you

21       may or may not know about some plumbing work at

22       the residence of John and Barbara Ferraro in

23       Gloucester, Massachusetts.

24   A.  Sure.

```
 1        going to make a box for it?
 2   A.   Yeah; a box, safe environment.
 3   Q.   What steps, if any, did you take to make sure
 4        that box was the safe environment for the
 5        plumbing lines you were running into it?
 6   A.   I guess I took Jody's word for it.
 7   Q.   Was there any ever discussions about insulating
 8        the pipes that were in the box themselves?
 9   A.   I don't believe there was and I don't think
10        there would have been a need for it with that
11        box the way it was built so tight; it was draft
12        free.
13   Q.   The box was completely draft free?
14   A.   From what I recall, yes.
15   Q.   How is it that you recall the box was draft
16        free?
17   A.   It was tight.
18   Q.   It was sealed?
19   A.   From what I recall, yes, it was.
20   Q.   There were seals on the inside of the box?
21   A.   I don't recall that.
22   Q.   If the box wasn't sealed, would you have --
23        should you have put the plumbing lines in there?
24   A.   With the amount of insulation that I was told
```

1    hot air, too.  As a matter of fact, yes, there

2    was.

3  Q.  Did anyone ever tell you about a freeze-up in

4    Clare's bathroom?

5  A.  No.

6  Q.  You don't remember what season it was that you

7    installed the steam generator, do you?

8  A.  No, I don't.

9  Q.  In your own personal observations the box or the

10    cabinet where the steam generator was placed,

11    how did it seem to be constructed?

12  A.  It was well-manufactured.

13  Q.  You didn't notice any breezes coming through?

14  A.  No.

15  Q.  Whether it be cold breezes or warm breezes?

16  A.  No.

17  Q.  No drafts of any kind?

18  A.  No.

19  Q.  Was it your belief that in placing the steam

20    generator in that cabinet, the way it was built

21    with the understanding it was going to be

22    insulated, that that would be sufficient to

23    prevent any freeze-up of any of the pipes

24    attached to that steam generator?

1    A.  Yes, it was.

2    Q.  And what was it that -- How did you come to that

3        conclusion that would be okay?

4    A.  I believe I was assured of the fact it would be

5        overly insulated and taken care of.

6    Q.  You observed the cabinet itself?

7    A.  I observed the inside of the cabinet.  When I

8        returned all the walls were closed up.

9    Q.  Do you know that ultimately louvered doors were

10       not used?

11   A.  Yes.

12   Q.  Did that concern you at all with regard to the

13       heat source into that cabinet?

14   A.  For me to suggest that it might have been a

15       concern.

16   Q.  Yet you didn't put any kind of heat tape on any

17       of the pipes inside for the steam generator, did

18       you?

19   A.  No.

20   Q.  And just tell me, what is heat tape; what does

21       it do?

22   A.  Heat tape, you plug it in and it gives off heat;

23       it's a hot wire.  But that would be application

24       under a cottage or some place of that nature.

# EXHIBIT "3"

# DEPOSITION TRANSCRIPT OF
# JOHN FERRARO

5

1        DEPOSITION OF JOHN FERRARO

2             NOVEMBER 21, 2005

3             PROCEEDINGS:

4        It is hereby stipulated and agreed,

5   by and between counsel for the respective

6   parties, that all objections, except as to

7   form, are reserved until the time of

8   trial, including motions to strike.  It is

9   further stipulated and agreed that the

10  deposition transcript is to be read and

11  signed, under the pains and penalties of

12  perjury, by the deponent 30 days from

13  receipt thereof; waive notary; and that

14  the sealing and filing thereof are waived.

15        *JOHN FERRARO,* the deponent, having

16  been satisfactorily identified and duly

17  sworn by the Notary Public, was examined

18  and testified as follows:

19        **EXAMINATION**

20        **BY-MR.JAROSAK:**

21        Q.  Could you please state your name

22  for the record, sir, and spell your last

23  name?

24        A.  John Francis Ferraro, F-E-R-R-A-R-O.



**Jack Daniel**
**Court Reporting & Video Services** Inc

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

6

1      Q.   Mr. Ferraro, as I told you before

2   we got started, my name is John Jarosak

3   and I represent one of the defendants in

4   this case, Siemasko and Verbridge.   And

5   I'll be asking you some questions today

6   about a home that you have up in the

7   Gloucester area and the damage that

8   occurred to it back in 2005 or earlier

9   this year, I should say.   Please let me

10  know, sir, if you don't understand one of

11  my questions.   If you tell me you don't

12  understand a question, I'll try to

13  rephrase it so you can understand it.

14  Fair enough?

15      A.   Yes.

16      Q.   Please give me a verbal answer to

17  all of my questions so that the court

18  reporter can take down everything

19  accurately.   If you shake your head or

20  shrug your shoulders like we do in normal

21  conversation, she can't do that as well as

22  she would like.   Try to give a verbal

23  response and I'll remind you.   Please let

24  me know if you'd like to take a break for



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

153

1    Q.  That was all from what your wife

2  told you?

3    A.  Yes.

4    Q.  How many times did you make any

5  observations of that steam unit inside the

6  cabinet prior to do day of the loss?

7  Would it just have been one time when you

8  were walking through and checking things

9  out, or had you opened that cabinet at any

10  other times prior to the loss?

11    A.  When the house was brand new,

12  obviously, I would open it up and show

13  people as you walk through and say, Look,

14  there is a steam shower, but prior to the

15  loss once we were living in the home, I

16  wouldn't go in there and open the door.

17    Q.  How about when the work was done

18  with the premature shut off problem, did

19  you go back and open it up to see what

20  had been done?

21    A.  No.

22    Q.  So you would have looked at it at

23  least one time when you were being shown

24  around the house by the builders?



Direct Dial:       617.557.0039
Toll Free:         866.814.0039
Toll Free Fax:     866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

Technologies you can use • Experience you can Trust

154

1      A.   More than one time back when we

2  moved in.

3      Q.   In prior depositions this area

4  where the steam generator was placed we

5  called it a cabinet.   Would you agree that

6  with that description?   You've been

7  calling it a closet?

8      A.   Cabinet, closet --

9      Q.   Describe it for me.   How big is

10 it, would you say?

11     A.   I'd say somewhere between two and

12 three feet wide and height-wise, I don't

13 know.   I guess it had a top, I don't

14 recall.   But maybe somewhere between two,

15 two and two; or three, three and three.

16     Q.   With wasn't big enough for someone

17 -- an adult to walk into?

18     A.   No, you couldn't walk into it.

19     Q.   On a number of occasions, how many

20 ever there were that you could ever looked

21 inside that cabinet prior to the loss, did

22 you ever notice a draft from inside that

23 cabinet?

24     A.   No.



**Jack Daniel**
Court Reporting & Video Services Inc
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

155

1    Q.  Did you notice anything odd about

2  the cabinet at all, or anything unusual

3  about it when you were looking at it?

4    A.  No.

5    Q.  Did you notice if you ever had

6  looked inside the cabinet during the

7  winter months?

8    A.  Not that I recall.

9    Q.  How about this:  Do you know what

10  seasons it were that you ever looked

11  inside the cabinet?

12    A.  No.  Again, we moved in in July of

13  '03 -- sometime after '03 when people

14  would walk through the house, specifically,

15  family and actually it wouldn't be very

16  often that I would take them back and say,

17  Look, here's my steam unit.  If someone

18  was really into mechanical things, I might

19  do that.  But if it was more than two or

20  three times, it might shook me.

21    Q.  I agree.  How about prior to moving

22  in, did you ever look inside the cabinet

23  prior to moving in in July of '03?

24    A.  Yes.  Again, I don't remember when



**Jack Daniel**
Court Reporting & Video Services Inc.
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

156

1   the steam unit went in, but it was

2   probably more towards the end, so I would

3   look -- I mean, I was curious.  Anything

4   new that happened in a given day or week

5   if I was around I would go around and

6   look to see how the progress was going.

7       Q.  During the course of construction

8   were you out there on a daily basis or

9   weekly basis?

10      A.  I could on a daily basis if I was

11  in town, but I travel a lot so when I was

12  here, I would go every day; yes, every day

13  I was here, I would walk around.

14      Q.  In fact you were spending some time

15  living in the guest house?

16      A.  We lived in the guest house most of

17  the time when the construction was going

18  on, once we moved back from London.

19      Q.  So whenever you looked inside the

20  cabinet, say the first time, it would have

21  been some time after the steam generator

22  was placed in there shortly after that it

23  was a new item?

24      A.  I can't remember if the cabinet



**Jack Daniel**
Court Reporting & Video Services
Inc.
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

# EXHIBIT "4"

# DEPOSITION TRANSCRIPT OF
# BARBARA FERRARO

5

1        **DEPOSITION OF BARBARA FERRARO**

2              **NOVEMBER 21, 2005**

3                    PROCEEDINGS:

4              It is hereby stipulated and agreed

5        by and between counsel for the respective

6        parties, that all objections, except as to

7        form, are reserved until the time of

8        trial, including motions to strike.  It is

9        further stipulated and agreed that the

10       deposition transcript is to be read and

11       signed, under the pains and penalties of

12       perjury, by the deponent 30 days from

13       receipt thereof; waive notary; and that

14       the sealing and filing thereof are waived.

15             **BARBARA FERRARO,** the deponent,

16       having ben satisfactorily identified and

17       duly sworn by the Notary public, was

18       examined and testified as follows:

19             **EXAMINATION**

20             **BY-MR.JAROSAK:**

21             Q.  Could you state your name for the

22       record, please?

23             A.  Barbara S. Ferraro.

24             Q.  Mrs. Ferraro, you were here for



**Jack Daniel**
Court Reporting & Video Services Inc.
Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

6

1 your husband's deposition, correct?

2    A.  Yes.

3    Q.  So you've already heard the

4 instructions but I will give them to you,

5 as well.  Please give me a verbal answer

6 to all my questions.  Don't shake your

7 head in response to the question.  Try to

8 give a verbal answer so the court reporter

9 can take everything down, and I'll remind

10 you if need be.  Please let me know if

11 you want to take a break during the course

12 of deposition.  I'm hoping we won't be as

13 long with you as we were with your

14 husband.  Or if we find ourselves going

15 longer than expected, please let me know

16 if you want to take a break.  Please let

17 me know if you don't understand one of my

18 questions.  If you tell me you don't

19 understand the question I'll try to

20 rephrase it so you can understand it, fair

21 enough?

22    A.  Yes.

23    Q.  Again, as I told your husband

24 before his deposition started, please let



Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

Technologies you can use • Experience you can Trust

23

1  I'll generally refer to Clare's bathroom

2  area where the steam shower is located,

3  there was a toilet, sink and as you come

4  in through the door off the hall, there is

5  something identified as Clare's dressing

6  room immediately to the right?

7      A.  Yes.

8      Q.  You would refer to that as Clare's

9  closet?

10     A.  Yes, Clare's closet.

11     Q.  Now that we got our terminology

12 straight, did you ever participate in any

13 conversation at all about whether it was

14 appropriate to place the steam generator

15 in Clare's closet?

16     A.  No, my husband did the talking.

17 Like I said, if I was downstairs talking

18 to somebody else or doing something else,

19 and sometimes if I wasn't there, they

20 would end up calling John and he would

21 make the decision, but I don't recall

22 making any decision about that.

23     Q.  Fair enough.  Did you participate

24 in any way, any conversation or



Jack Daniel
Court Reporting & Video Services
Inc

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200

24

1 communication about placing the steam

2 generator for Clare's shower in the

3 compartment in the eave where it

4 ultimately ended up?

5    A.   I didn't discuss that.

6    Q.   During the construction of the

7 home, in other words, before July of '03,

8 when you and your family occupied it, did

9 anyone come to you and discuss anything

10 having to do with the placement of the

11 steam generator?

12    A.   Absolutely not.

13    Q.   When did you first become aware

14 that the steam generator for Clare's steam

15 shower was in that compartment or the

16 enclosure of the eave?

17    A.   Probably when I opened the cabinet

18 doors because once things were moving

19 along you start to look inside, you look

20 in one cupboard, and you look in another

21 cupboard, that was it.

22    Q.   Was it this before or after July of

23 '03 when you and your family occupied the

24 home?



Jack Daniel
Court Reporting & Video Services Inc
Technologies you can use • Experience you can Trust

Direct Dial:       617.557.0039
Toll Free:         866.814.0039
Toll Free Fax:     866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

25

1      A.   It was probably when I used the

2  bathroom, the toilet is right there.   I

3  mean, maybe I was going through the punch

4  list and making sure they cleaned it out

5  and didn't leave any debris.   I would

6  usually open a cupboard if I would need to

7  check to see if it was cleaned or or

8  painted properly.   All that.   That's about

9  it.

10     Q.   I understand your reasoning as to

11  why you would open a door, but my question

12  was do you recall if it was before or

13  after your family occupied it?

14     A.   It was probably after we occupied

15  it.

16     Q.   When you first opened those

17  enclosure doors, what did you see?

18     A.   I saw the steam generator up

19  against the right side which is on the

20  other side of the shower, I saw a bunch

21  of plywood and just totally enclosed area,

22  it's got a plywood floor and it's kind of

23  the steam generator is sitting on the

24  shelf which is probably a foot above the



Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

Technologies you can use • Experience you can Trust

26

1  floor.

2     Q.  Was anyone with you when you saw

3  that for the first time?

4     A.  No, I don't think so.

5     Q.  Was this part of some type of walk

6  through when you were looking around with

7  the contractors checking things out or a

8  personal walk around?

9     A.  Just a personal walk around.

10 Looking in all your spots of your house.

11 It was the first new house for us.

12    Q.  When you opened those doors and saw

13 the steam generator for the first time,

14 did you know what it was?

15    A.  Yes, I knew what it was because I

16 knew -- we had steam shower.  I didn't

17 know it was called a generator.  I think

18 I just called it a steam shower unit.

19    Q.  You may have heard your husband

20 testify earlier that in your home in the

21 Cleveland area, you had a steam shower.

22 Do you recall that testimony from him?

23    A.  Yes.

24    Q.  Do you agree that's accurate?



Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

73

1    A.   This is all new to me, and I don't
2  recall any discussion like that.
3    Q.   Now, that other bedroom which I
4  guess it's not Daniel's regular bedroom;
5  there is another bedroom on the back side
6  of where Clare's bathroom is; is that
7  correct?
8    A.   Yes.
9    Q.   There is a closet in there; is that
10 correct?
11   A.   It's adjacent to Clare's dressing
12 room and closet.
13   Q.   Do you recall at all any
14 discussions about the placement of the
15 steam generator in that area?
16   A.   No.
17   Q.   Meaning there may have been, there
18 may not have been with you, or you just
19 don't recall or there was no such
20 discussion?
21          MR. CLARK:  Objection.
22 Asked and answered.  You may answer.
23   A.   I don't recall that conversation.
24   Q.   I think you said before where the



Jack Daniel
Court Reporting & Video Services Inc
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts  02114

74

1  steam generator was ultimately placed you

2  had no role in deciding that; is that

3  correct?

4     A.   That is correct.

5     Q.   With regard to the doors of the

6  cabinet that go into where the steam

7  generator was placed, do you have any

8  memory at all prior to the loss of a

9  discussion that the doors should maybe be

10  louvered doors?

11     A.   I never heard that.

12     Q.   Never heard that at all?

13     A.   No.

14     Q.   At any time prior to the loss, did

15  you ever notice any kind of draft inside

16  the cabinet where the steam generator was

17  ultimately located?

18     A.   No.

19     Q.   The problem with the steam shower

20  shutting off prematurely, do you have any

21  recollection as to when it was that that

22  problem was rectified?

23     A.   Right around Halloween of '04.

24     Q.   What's your best memory as to how



JACK Daniel
Court Reporting & Video Services
Inc
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114