UNITED STATES DISTRICT COURT
DISTRICT COURT MASSACHUSETTS

CIVIL ACTION NUMBER:  2005 CV 11065 RWZ

| | |
|---|---|
| VIGILANT INSURANCE COMPANY, | ) |
| as subrogee of | ) |
| JOHN AND BARBARA FERRARO, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| PREMIER BUILDERS, INC. and | ) |
| MILNE PLUMBING AND HEATING, INC., | ) |
| | ) |
| Defendant | ) |

## _STIPULATION OF DISMISSAL_
### _(as to Premier Builders, Inc. and Milne Plumbing & Heating, Inc.)_

The parties in the above-entitled action, pursuant to the provisions of Federal Rules of Civil Procedure 41 (a) (1) (ii) hereby stipulate that said action be dismissed with prejudice and without costs, as to all claims, cross claims, third party claims and counterclaims as to Premier Builders, Inc. and Milne Plumbing and Heating, Inc.

/s/ William N. Clark, Jr.
_____
William N. Clark, Jr.
Attorney for plaintiff
Cozen & O'Connor
The Atrium, Third Floor
1900 Market Street
Philadelphia, Pennsylvania   19103
(215) 665-4101

/s/ John F. Gleavy
_____
Francis J. Lynch, III
John F. Gleavy
Attorney for Milne Plumbing, Inc.
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375

(508) 230-2500


/s/ Michael E. Okolita
_____
Michael E. Okolita,
Donald E. Feener & Associates
Attorneys for Premier Builders, Inc.
Suite 310
120 Front Street
Worcester, MA   01608-1424
(508) 798 0717


I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants upon receipt of notification of same from the court.


/s/ John F. Gleavy
_____
John F. Gleavy, BBO 636 888
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500